# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE ESTATE OF PETER ELON SIMMONS, DECEASED, BY AND THROUGH BEATRICE SIMMONS ITS SPECIAL ADMINISTRATOR; AND BEATRICE SIMMONS, INDIVIDUALLY,

Appellants,

vs.

LESLIE BROWDER, M.D.; JOSEPH THORNTON, M.D., F.A.C.S.; EDWARD SAMOURJIAN, M.D.; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, D/B/A UMC, A NEVADA NON-PROFIT CORPORATION; AND UNIVERSITY OF NEVADA SCHOOL OF MEDICINE MULTISPECIALTY GROUP PRACTICE SOUTH, INC., A NEVADA NON-PROFIT CORPORATION,

Respondents.

No. 71879

FILED

MAY 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

17-16893

cc: Hon. Stefany Miley, District Judge
Stephen E. Haberfeld, Settlement Judge
Bowen Law Offices
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Carroll, Kelly, Trotter, Franzen, McKenna & Peabody
Eighth District Court Clerk